UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Taiwan Cameron<br><br>            Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC, et al.<br><br>            Defendant. | Case No. CV 19-06688-AB (JEMx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  February 13, 2020      _____

                             ANDRÉ BIROTTE JR.<br>                             UNITED STATES DISTRICT JUDGE